USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :    INFORMATION
                                        :
        - v. -                          :    17 Cr. ____
                                        :
MACHLI JOSEPH,                          :    17 CRIM 408
                                        :
                    Defendant.          :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

(Conversion and Misapplication
Concerning Program Receiving Federal Funds)

The United States Attorney charges:

1.   From in or about 2010 through in or about 2016, in the Southern District of New York and elsewhere, MACHLI JOSEPH, the defendant, being an agent of an organization, to wit, Baruch College, said organization receiving benefits in excess of $10,000 of federal grants and financial aid each year between 2010 and 2016, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of a person other than the rightful owner, and intentionally misapplied, property worth at least $5,000 and owned by such organization, to wit, JOSEPH, without authorization from Baruch College, caused payments intended for Baruch College to be made to bank accounts he controlled, and used such funds for, among other things, personal expenses.

(Title 18, United States Code, Section 666(a)(1)(A).)

JUDGE CROTTY

## FORFEITURE ALLEGATION

2.     As a result of committing the offense alleged in Count One of this Information, MACHLI JOSEPH, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable property.

>(Title 18, United States Code, Section 981;
>Title 21, United States Code, Section 853; and
>Title 28, United States Code, Section 2461.)

*[signature: Joon H. Kim]*
JOON H. KIM
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MACHLI JOSEPH,

Defendant.

INFORMATION

17 Cr. \_\_\_\_

(18 U.S.C. § 666(a)(1)(A).)

JOON H. KIM
Acting United States Attorney.