**Law Office of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue
River Edge, NJ  07661

233 Broadway, Suite 2370
New York, NY  10279
(Preferred mailing address)

March 27, 2018

Hon. Paul A. Crotty
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

> 3/27/2018
> The requested extension and adjournment is granted. The sentencing will be held on Thursday, May 31, 2018 at 11 AM. SO ORDERED.
>
> *Paul A. Crotty*

    Re:    United States v. Machli Joseph
             17 Cr. 408 (PAC)

Dear Judge Crotty:

    I am counsel for Machli Joseph, who is scheduled to be sentenced on April 17, 2018. Objections to the draft of the Presentence Report are due today.

    I respectfully request: (1) an adjournment of the sentence of approximately forty-five days, and (2) an extension of seven days to file objections to the draft of the Presentence Report.

    This sentence was originally scheduled for April 17, 2018, and no prior requests have been made to adjourn the sentence or to extend the deadline for PSR objections. Assistant United States Attorneys Catherine Geddes and Martin Bell inform me that they have no objection to these two applications.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/18

Hon. Paul A. Crotty
March 27, 2018
Page 2 of 2

The parties have conferred and propose three alternative dates for sentencing: May 29, May 31, or June 1, 2018.

                Sincerely,

                /s/

                Donald J. Yannella, Esq.

AUSA Catherine Geddes
AUSA Martin Bell
US Probation Officer Christopher Paragano